UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JEAN BELOT,

                                          **Plaintiff**

                                          **VERDICT SHEET**

-vs-

                                          **10-CV-6092**

CRAIG L. SKELLY, BRIAN J. EVANS,
JAMES GILBERT, PETER MASTRANTONIO,
DANIEL CHAPMAN, AND BRIAN CURREN

                                          **Defendants.**

_____

1. Has the plaintiff, Jean Belot, proven that any of the defendants violated his constitutional rights with respect to the use of excessive force?

    a) Craig Skelly                   YES _X_              NO ____

    b) Brian Evans                   YES _X_              NO ____

    c) James Gilbert                 YES _X_              NO ____

    d) Peter Mastrantonio         YES _X_              NO ____

    e) Daniel Chapman            YES ____              NO _X_

    f) Brian Curren                  YES _X_              NO ____

If you answered "YES" to any portion of Question # 1, proceed to Question # 2. If you answered "NO" to each portion of Question # 1, STOP AND REPORT YOUR VERDICT.

2. As to his excessive force claim, did the plaintiff, Jean Belot, suffer any compensatory damages that were proximately caused by any of the defendants?

                        YES _X_              NO ____

If you answered "YES" to Question # 2, proceed to Question # 3. If you answered "NO" to Question # 2, proceed to Question # 4.

3. As to his excessive force claim, what dollar amount of compensatory damages did the plaintiff suffer?

$ 65,000

If you have awarded compensatory damages, please go to Question # 5.

4. If you have answered "YES" to any portion of Question # 1, but "NO" to Question # 2, you are required to enter an award of nominal damages in an amount of one dollar, ($1.00).

$ 55,000

Proceed to Question # 5.

5. As to his excessive force claim, has the plaintiff, Jean Belot, proven that he is entitled to punitive damages against any of the defendants?

| | | | | |
|---|---|---|---|---|
| a) | Craig Skelly | YES X  NO ___ | AMOUNT | 10,000 |
| b) | Brian Evans | YES X  NO ___ | AMOUNT | 10,000 |
| c) | James Gilbert | YES X  NO ___ | AMOUNT | 10,000 |
| d) | Peter Mastrantonio | YES X  NO ___ | AMOUNT | 10,000 |
| e) | Daniel Chapman | YES ___ NO X | AMOUNT | 0 |
| f) | Brian Curren | YES X  NO ___ | AMOUNT | 15,000 |

**STOP AND REPORT YOUR VERDICT**

I CERTIFY THE ABOVE VERDICT TO BE TRUE AND ACCURATE.

Dated: Rochester, New York
April 25, 2013

_____
Ricky Gent, Foreperson