AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

JEAN BELOT,
*Plaintiff*
v.
CRAIG SKELLY, BRIAN EVANS, JAMES GILBERT, PETER MASTRANTONIO, DANIEL CHAPMAN AND BRIAN CURREN,
*Defendant*

)
)
)
)
)
)

Civil Action No.  10-cv-6092

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: It is ordered and adjudged that plaintiff proved that defendants Craig Skelly, Brian Evans, James Gilbert, Peter Mastrantonio, and Brian Curren violated his constitutional rights with respect to use of excessive force; further, plaintiff suffered compensatory damages that were caused by these same defendants and is awarded $65,000.00; plaintiff did not prove that defendant Daniel Chapman violated his constitutional rights with respect to use of excessive force; plaintiff is awarded punitive damages from defendant Craig Skelly in the amount of $10,000.00, defendant Brian Evans in the amount of $10,000, defendant James Gilbert in the amount of $10,000, defendant Peter Mastrantonio in the amount of $10,000 and defendant Brian Curren in the amount of $15,000.

This action was *(check one)*:

☒ tried by a jury with Judge  Charles J. Siragusa  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   05/13/2013                                              *CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*