UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------X
JEAN M. BELOT,

        Plaintiff,

    -against-　　　　　　　　　　　ORDER

CRAIG L. SKELLY, et. al.,　　　　10 CV 6092 (CJS)

        Defendants.
------------------------------X

    Plaintiff's motion pursuant to Fed. R. Civ. P. 54(d) for an award of attorney's fees and for reimbursement of costs and disbursements under 42 U.S.C. § 1988 is resolved as follows:

    Within ninety days of the date of this order, defendants shall tender to Sivin & Miller, LLP a check in the amount of $116,216.25 representing an attorney's fee of $102,968.25 plus reimbursement of costs and disbursements in the amount of $13,248.00. Pursuant to 42 U.S.C. § 1997e(d)(2), $5,148.00 of the $120,000.00 judgment entered in favor of plaintiff and against defendants on May 13, 2013 shall be applied to satisfy the above mentioned attorney's fee award.

Dated: Rochester, New York
      August 20, 2013

                                      _____
                                      HON. CHARLES J. SIRAGUSA
                                      United States District Court